1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  ANDREW SEVEY,                              )   No. C 10-3677 LHK (PR)
                                               )
12            Plaintiff,                       )   ORDER DENYING EX PARTE
                                               )   APPLICATION; DIRECTING
13     v.                                      )   DEFENDANTS TO FILE
                                               )   OPPOSITION TO PLAINTIFF'S
14  SOLIZ, et al.,                             )   MOTION TO COMPEL
                                               )
15            Defendants.                      )   (Docket No. 38)
                                               )
16

17      Plaintiff, a state prisoner proceeding *pro se*, filed an amended civil rights complaint

18  pursuant to 42 U.S.C. § 1983 alleging that employees of the Lake County Sheriff's Department

19  violated his constitutional rights.  The Court ordered service upon named Defendants.  On May

20  18, 2011, Defendants filed an ex parte application to vacate the Court's February 7, 2011 order

21  of service.  In the motion, Defendants note that the Court ordered them to file a motion for

22  summary judgment or other dispositive motion within ninety days.  Defendants argue that they

23  filed a motion to dismiss on March 23, 2011, which is still pending, and believe that the motion

24  to dismiss would dispose of some or all of the Defendants named in this action.  Thus, argue

25  Defendants, the ninety day deadline for filing a dispositive motion should be vacated.

26      Defendants' March 23, 2011 motion to dismiss is a dispositive motion.  Thus, they have

27  already complied with the ninety-day deadline imposed by the Court in its February 7, 2011

28  order.  Accordingly, Defendants' ex parte application is DENIED.

Order Denying Ex Parte Application; Directing Defendants to File Opposition to Plaintiff's Motion to Compel
P:\PRO-SE\SJ.LHK\CR.10\Sevey677misc.wpd

On May 17, 2011, Plaintiff filed a motion to compel discovery.  Defendants shall file, within **thirty (30) days** of the filing date of this order, an opposition to Plaintiff's motion to compel, or a notice that they have complied with Plaintiff's discovery requests.  Plaintiff shall file his reply **fifteen (15) days** thereafter.

This terminates docket number 38.

IT IS SO ORDERED.

DATED:   5/23/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge