IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW SEVEY, ) | No. C 10-3677 LHK (PR) |
| Plaintiff, ) | ORDER DIRECTING DEFENDANTS TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL |
| v. ) | |
| SOLIZ, et al., ) | |
| Defendants. ) | |

Plaintiff, a state prisoner proceeding *pro se*, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983 alleging that employees of the Lake County Sheriff's Department violated his constitutional rights. On September 12, 2011, Plaintiff filed a second motion to compel discovery. (Docket No. 51.) Defendants shall file, within **twenty (20) days** of the filing date of this order, an opposition to Plaintiff's motion to compel, or a notice that they have complied with Plaintiff's discovery requests. Plaintiff shall file his reply **fifteen (15) days** thereafter.

IT IS SO ORDERED.

DATED: 10/27/11

_____
LUCY H. KOH
United States District Judge

Order Directing Defendants to File Opposition to Plaintiff's Motion to Compel
P:\pro-se\sj.lhk\cr.10\Sevey677misc2