1
2
3
4
5
6
7 IN THE UNITED STATES DISTRICT COURT
8 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10 ANDREW SEVEY, ) No. C 10-3677 LHK (PR)
)
11 Plaintiff, ) JUDGMENT
)
12 v. )
)
13 SOLIZ, et al., )
)
14 Defendants. )
_____)
15

The Court has granted Defendants' motion for summary judgment. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 4/26/12

_____
LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\CR.10\Sevey677jud.wpd